UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re:

NEAL D. HARRINGTON fdba ALLSTATE INSURANCE, WEEKIRK DEVELOPMENTS and ABBIE SL JOSEPH-HARRINGTON fdba A LITTLE BIT OF HEAVEN,

Debtor.

Case No. C06-5100FDB

ORDER OF DISMISSAL

    Banker's Trust Company of California appeals an order entered by Bankruptcy Judge Paul B. Snyder. The appeal was filed on February 24, 2006, and the briefing schedule was set on May 18, 2006 [Dkt. # 5]  No briefs have been filed, although service of the notice is indicated. The last brief was due August 10, 2006. Now, therefore, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute, this cause of action is DISMISSED. SO ORDERED.

    DATED this 17th day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1